FILED
April 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: SAJ
Deputy

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

Cause No.: 7:22-CR-00108

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v<br><br>**JOSE ESTRADA-AGUIRRE**<br><br>Defendant | **INDICTMENT**<br><br>**COUNT 1:** 18 U.S.C. 1542 – False Statement in Application for Passport |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. 1542]

On or about February 28, 2013, in the Western District of Texas, Defendant,

**JOSE ESTRADA-AGUIRRE,**

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his name is Jose Lopez Aguirre and stated his place of birth is Odessa Texas, which statements he knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL



FOREPERSON

1

ASHLEY C. HOFF
United States Attorney

By: _____
Monica L. Daniels
Assistant United States Attorney