Unauthorized Reproduction or Disclosure Prohibited

**APPLICATION FOR A U.S. PASSPORT**
Please Print Legibly Using Black Ink Only

00021063-0660
OMB APPROVAL NO. 1405-0004
EXPIRATION DATE: 12-31-2013
ESTIMATED BURDEN: 85 MIN

9652119 033 030613 06

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:
- ☐ U.S. Passport Book
- ☒ U.S. Passport Card
- ☐ Both
- ☐ 28 Page Book (Standard)
- ☐ 52 Page Book (Non-Standard)

139165909

**1. Name** Last: Aguirre
First: Jose
Middle: Lopez

☐ D  ☐ O  ☐ DP  DOTS Code
End. #        Exp.

**2. Date of Birth** (mm/dd/yyyy): 09/27/1964
**3. Sex**: ☒ M  ☐ F
**4. Place of Birth**: HOT SPRINGS Texas (TX)

**5. Social Security Number**: 461 89 3240
**6. Email Address**: @
**7. Primary Contact Phone Number**: 432 300 0287

**8. Mailing Address: Line 1**: 910 COEN ST.
Address Line 2:
City: Odessa    State: TX    Zip Code: 79766    Country:

**9. List all other names you have used.**
A.
B.

**10. Parental Information**
Mother/Father/Parent - First & Middle Name: SOCORRO
Last Name (at Parent's Birth): Aguirre Aguirre
Date of Birth: 10-20-1934
Place of Birth: STATE OF Chihuahua
Sex: ☐ Male ☒ Female
U.S. Citizen? ☒ Yes ☐ No

Mother/Father/Parent - First & Middle Name: Jose Lopez
Last Name (at Parent's Birth): Miranda
Date of Birth: B/A
Place of Birth: Mexico
Sex: ☒ Male ☐ Female
U.S. Citizen? ☐ Yes ☒ No

CONTINUE TO PAGE 2

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Applicant's Legal Signature - age 16 and older: x Jose Lopez Aguirre

Mother/Father/Parent/Legal Guardian's Signature (if identifying minor): x

Mother/Father/Parent/Legal Guardian's Signature (if identifying minor): x

Identifying Documents - (Applicant or Mother/Father/Parent on Second Signature Line)
☒ Driver's License   Issue Date: 10/9/09   Exp. Date: 9/27/14   Place of Issue: TX
☐ Passport   Name: JOSE LOPEZ AGUIRRE
☐ Military   ID No: 18297207
☐ Other

Identifying Documents - Applicant or Mother/Father/Parent on Third Signature Line
☐ Driver's License   Issue Date   Exp. Date   Place of Issue
☐ Passport   Name
☐ Military   ID No
☐ Other

Acceptance Agent   (Vice) Consul USA   ☒ Passport Staff Agent
ECTOR CO. DISTRICT CLERK ODESSA, TX
(Seal)
Facility Name/Location
Signature of person authorized to accept applications
Date: 1-28-13
Facility ID Number: 30259
Agent ID Number: 18418

For Issuing Office Only → Bk   Card 30   Execution   EF   Postage   Other
* DS 11 A 12 2010 1 *

DS-11 12-2010                                                  Page 1 of 2

00021063-0661

**Name of Applicant** (Last, First & Middle): Jose Lopez Aguirre
**Date of Birth** (mm/dd/yyyy): 9-27-1964

| 11. Height | 12. Hair Color | 13. Eye Color | 14. Occupation (if age 16 or older) | 15. Employer or School (if applicable) |
|---|---|---|---|---|
| 5-6 | Salt/pepper | Brown | Truk Driver | High End |

**16. Additional Contact Phone Numbers**

**17. Permanent Address** — Street/RFD # or URB (No P.O. Box): 910 Coen ST
City: Odessa
State: TX
Zip Code: 79766

**18. Emergency Contact**
Name: Socorro Aguirre
Address: Same
Apartment/Unit: house
City: Odessa
State: TX
Zip Code: 79766
Phone Number: 238 2106
Relationship: Mother

**19. Travel Plans**
Date of Trip: 3/24/13
Duration of Trip: 1 week
Countries to be Visited: Mexico

**20. Have you ever been married?** Yes
Full Name of Current Spouse or Most Recent Spouse: Laura Padilla
Date of Birth: Unknown
Place of Birth: California
U.S. Citizen? Yes
Date of Marriage: 1990
Have you ever been widowed or divorced? Yes
Date: Unknown

**21. Have you ever applied for or been issued a U.S. Passport Book?** No

**22. Have you ever applied for or been issued a U.S. Passport Card?** No

---

**PLEASE DO NOT WRITE BELOW THIS LINE**
**FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: JOSE Lopez Aguirre
☑ Birth Certificate SR (CR) City Filed: 04/08/2002 Issued: 04/12/2002
☐ Report of Birth 240 545 1350 Filed/City: Court order Delayed w/ insufficient evidence
☐ Nat./Citz. Cert. Date/Place Acquired: A#
☐ Passport C/R S/R Per PIERS
☐ Other: b-rpt-cert.
☑ Attached: TRC

① b-rpt. cert.
② b-rpt. cert. 2008. TX
DOB: 9/27/64  b-rpt-zul: 9/27/64
issued: 10/6/05

DEPARTMENT OF STATE — JUN 24 2013 — EUGENIE BAILEY

* DS 11 A 12 2010 2 *

DS-11 12-2010 — Page 2 of 2

Unauthorized Reproduction or Disclosure Prohibited





00021063-0663

**United States Department of State**
Houston Passport Agency
1919 Smith Street – Suite 1400
Houston, TX 77002-8049
1-877-487-2778

March 21, 2013

Jose Lopez Aguirre
910 Coen St
Odessa, TX 79766

RE: 139165909

Dear Mr. Aguirre:

Thank you for your recent passport application. The evidence of U.S. citizenship or nationality you submit acceptable for passport purposes for the following reason(s):

- The certificate shows that your birth was recorded more than one year after your birth occurred, and t evidence used to create the delayed birth record is not sufficient.

Please submit a combination of early public records created near the time of your birth, which shows your date, and place of birth such as:

- Hospital Certificate,
- Baptismal Certificate,
- Early School Record, or
- U.S. Census Record (For more information on obtaining U.S. census records please contact the C Bureau at (800)-923-8282 or visit http://www.census.gov.)

Note: All documents submitted to our office must be original or certified.

We appreciate your assistance in this matter so that we may continue processing your passport application not receive the requested information within ninety (90) days from the date of this letter; or the informat submit is insufficient to establish your entitlement to a U.S. passport in accordance with the relevant provis Part 51, Title 22 of the Code of Federal Regulations, your application will be denied and your evidence retu you. By law, the passport execution and application fees are non-refundable. Any special return postage w returned or refunded.

If you have any questions regarding this letter or your passport application, contact the National Passport Information Center (NPIC), toll-free, at 1-877-487-2778 (TTY/TDD: 1-888-874-7793). For general passport information, to check the status of your passport application, or to enroll in our Smart Traveler Enrollment Program (STEP), please visit us online at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR REPLY.**

Sincerely,

Customer Service Department

YM/ns

JOSE LOPEZ AGUIRRE
910 COEN ST
ODESSA TX 79766

Thu 03/21/2013

Unauthorized Reproduction or Disclosure Prohibited