# BREWSTER COUNTY



| STATE OF TEXAS | | COURT ORDER DELAYED CERTIFICATE OF BIRTH | | | FILE NO. | |
|---|---|---|---|---|---|---|
| REGISTRANT | 1. NAME | (a) First | (b) Middle | (c) Last | 3. DATE OF BIRTH | |
| | | Jose | Lopez | Aguirre | 09-27-1964 | |
| | 2. COLOR OR RACE | 4. SEX | 5a. CITY OR TOWN OF BIRTH | | 5b. COUNTY OF BIRTH | |
| | white | Male | Hot Springs | | Brewster | COUNTY, TEXAS |
| FATHER | 6. FULL NAME | (a) First | (b) Middle | (c) Last | 7. STATE OR COUNTRY OF FATHER'S BIRTH | |
| | | Jose | Lopez | Miranda | Mexico | |
| MOTHER | 8. MAIDEN NAME | (a) First | (b) Middle | (c) Last | 9. STATE OR COUNTRY OF MOTHER'S BIRTH | |
| | | Socorro | Aguirre | Aguirre | Mexico | |

| | TYPE OF DOCUMENT | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
|---|---|---|---|---|
| SUPPORTING DOCUMENT 1. | Affidavit to Birth Facts | Socorro Aguirre | 02-12-2002 | 04-08-2002 |
| | DATE OF BIRTH / PLACE OF BIRTH | FULL NAME OF MOTHER | NAME OF FATHER | |
| | 09-27-1964 Hot Springs | Socorro Aguirre | Jose Lopez Miranda | |
| SUPPORTING DOCUMENT 2. | TYPE OF DOCUMENT: Affidavit | BY WHOM ISSUED AND SIGNED | DATE ISSUED | DATE ORIGINAL ENTRY |
| | | Rafael Luna Orozco | 04-05-1999 | 04-08-2002 |
| | 09-27-1964 Hot Springs | Rafael Luna Orozco | Jose Lopez Miranda | |
| SUPPORTING DOCUMENT 3. | Affidavit | Yolanda Tapia Pliego | 04-05-1999 | 04-08-2002 |
| | 09-27-1964 Hot Springs | Socorro Aguirre | Jose Lopez Miranda | |
| SUPPORTING DOCUMENT 4. | Baptismal Certificate | Raymond Chumbis | 09-27-1964 | 04-08-2002 |
| | 09-27-1964 Hot Springs | Socorro Aguirre | Jose Lopez Miranda | |

| QUALIFYING INFORMATION | Presented a copy of a Birth Certificate of another son: Emilo Porras that was born in Brewster County, when parents were living in Hot Springs. |
|---|---|

**COURT ORDER**

No. 1514 In the County Court of Brewster County, Texas

On this day came on to be heard the petition for a delayed certificate of birth for the above-named registrant and after considering the evidence submitted in support of such registration and finding that Sec. 192.027, Texas Health and Safety Code, V.T.C.A., 1989, has in all things been complied with, and that therefore such petition should be granted, it is the order of this Court that this delayed certificate of birth be and the same is hereby established for said registrant.

Val Clark Beard, County Judge

Date April 8, 2002

Brewster County, Texas

Filed April 8, 2002 Berta Rios Martinez, COUNTY CLERK

L 6758

I do hereby certify that this is a true and correct copy of Vol. 7 Page 283
DATE APRIL 12, 2002

Berta R. Martinez
BERTA R. MARTINEZ COUNTY CLERK
BREWSTER COUNTY, TEXAS



WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY