IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>JOSE ESTRADA-AGUIRRE,<br>　　　Defendant. | CRIMINAL NO. MO:22-CR-108 |

## GOVERNMENT'S LIST OF PROSPECTIVE WITNESSES

The United States of America, the United States by and through the undersigned Assistant United States Attorneys, hereby submits the following list of witnesses who may be called to testify during the Government's case-in-chief in the above-named cause:

1. Special Agent Cory Donaldson, Homeland Security Investigations, Alpine, Texas

2. David Britton, Supervisory Immigration Officer Assistant, United States Citizenship and Immigration Services, El Paso, Texas

3. Diana Carillo, Ector County, Texas

4. Eugenie Bailey, Adjudication Manager, Houston Passport Agency, Houston, Texas

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JAIME ESPARZA
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　By:　　*/s/ John A. Fedock*
　　　　　　　　　　　　　　　　　　JOHN A. FEDOCK
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　By:　　*/s/ Mary Lopez*
　　　　　　　　　　　　　　　　　　MARY LOPEZ
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

By signing above, I hereby certify that on March 29, 2023, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for Defendant.

/s/ John A. Fedock
JOHN A. FEDOCK
Assistant United States Attorney

/s/ Mary Lopez
MARY LOPEZ
Assistant United States Attorney